## MISCELLANEOUS DISMISSALS

**2003–0996. O'Connor v. Wolff.**
This cause originated in this court on the filing of a complaint for a writ of prohibition. Upon consideration of relator's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

RUPERT A. DOAN, J., of the First Appellate District, sitting for MOYER, C.J.

[Cite as *08/21/2003 Case Announcements,* 2003-Ohio-4391.]

## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*August 21, 2003*

## MEDIATION REFERRALS

The following cases have been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

**2003–1395. State ex rel. Rowe v. Swift.**
Trumbull App. No. 2002–T–0066.

**2003–1440. State ex rel. MacKenzie v. Indus. Comm.**
Franklin App. No. 02AP–992, 2003-Ohio-3339.

The following cases have been returned to the regular docket pursuant to S.Ct.Prac.R. XIV(6)(E):

**2003–0819. State ex rel. Borden, Inc. v. Wilson.**
Franklin App. No. 02AP-107, 2003-Ohio-1332.